UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                Plaintiff,<br><br>v.<br><br>ZIFF DAVIS, LLC<br><br>                Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>**Case No.: 1:17-cv-4299-NRB** |

IT IS HEREBY NOTICED, that the above action has been settled and that this Action is dismissed with prejudice.

*Richard Liebowitz*
_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: August 31, 2017
*Attorney for Plaintiff Steve Sands*

SO ORDERED:

                                  _____
                                  Hon. Naomi R. Buchwald